**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARL EVANS, et al.,

    Plaintiffs,

v.

LINDEN RESEARCH, INC., et al.,

    Defendants.

No. C 11-01078 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court is in receipt of the parties' joint case management statement. The parties seem to be under the misunderstanding regarding this Court's practice regarding motions for summary judgment. Pursuant to this Court's Standing Order ¶ 9, "[a]bsent a showing of good cause, the Court will address only one motion for summary judgment per party or side." The Court HEREBY CONTINUES the case management conference to July 22, 2011 at 1:30 p.m. By no later than July 15, 2011, the parties shall submit a revised joint case management statement in light of the strong likelihood that this Court will only hear *one* motion for summary judgment per side. Moreover, the parties shall propose dates for the entire case, including deadlines for amending pleadings, adding additional parties, dispositive motions, expert disclosures, pretrial conference and trial.

**IT IS SO ORDERED.**

Dated: July 5, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE