**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARL EVANS, et al.,

    Plaintiffs,

  v.

LINDEN RESEARCH, INC., et al.,

    Defendants.
                                         /

No. C 11-01078 JSW

**ORDER OF REFERRAL FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Donna M. Ryu for all further proceedings.

**IT IS SO ORDERED.**

Dated: August 1, 2011

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk