1  Jason A. Archinaco (pro hac) (PA ID 76691)
   jarchinaco@pribanic.com
2  Robert A. Bracken (pro hac) (PA ID 206095)
   rbracken@pribanic.com
3  PRIBANIC PRIBANIC + ARCHINACO, LLC
   513 Court Place
4  Pittsburgh, PA 15219
   Tel.  (412) 281-8844, Fax. (412) 281-4740
5
   Paul W. Chandler (SBN 137091)
6  chandlerlaw@aol.com
   THE LAW OFFICES OF PAUL W. CHANDLER
7  6080 Center Drive, Sixth Floor
   Los Angeles, CA 90045
8  Tel. (310) 242-5850, Fax (310) 929-7740

9  Attorneys for Plaintiffs and Counter-Defendants

10 DURIE TANGRI LLP
   MICHAEL H. PAGE (SBN 154913)
11 mpage@durietangri.com
   JOHANNA CALABRIA (SBN 226222)
12 jcalabria@durietangri.com
   JESSE GERACI (SBN 259755)
13 jgeraci@durietangri.com
   217 Leidesdorff Street
14 San Francisco, CA  94111
   Tel: 415-362-6666, Fax. 415-236-6300
15
   Attorneys for Defendants and Counter-Claimants
16 LINDEN RESEARCH, INC. and PHILIP ROSEDALE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL EVANS, DONALD SPENCER, VALERIE SPENCER, CINDY CARTER, individuals, on Behalf of themselves and for the Benefit of all with the Common or General Interests, Any Persons Injured, and All Others Similarly Situated,<br><br>        Plaintiffs and Counter-Defendants,<br><br>    v.<br><br>LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual,<br><br>        Defendants and Counter-Claimants. | Case No. 4:11-cv-01078-DMR<br><br>**STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER**<br><br>Ctrm:  4, 3rd Floor<br>Judge:  Honorable Donna M. Ryu |

Pursuant to Northern District of California Civil Local Rule 6-1, Plaintiffs Carl Evans, Donald Spencer, Valerie Spencer, Cindy Carter ("Plaintiffs") and Defendant Linden Research, Inc. and Philip Rosedale ("Defendants") hereby stipulate, for the mutual convenience of counsel and the witnesses, to extend the October 20 fact discovery cutoff solely for the purpose of scheduling and taking the depositions of Carl Evans, Donald Spencer, Valerie Spencer, and possibly a witness for Defendants at times that work for the witnesses.  This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated:  October 19, 2011                     PRIBANIC PRIBANIC + ARCHINACO LLC

By: _____/s/ Jason A. Archinaco_____
Jason A. Archinaco

Attorney for Plaintiffs and Counter-Defendants
CARL EVANS, DONALD SPENCER,
VALERIE SPENCER, CINDY CARTER\

Dated:  October 19, 2011                     DURIE TANGRI LLP

By: _____/s/ Jesse Geraci_____
Jesse Geraci

Attorney for Defendants and Counter-Claimants
LINDEN RESEARCH, INC. and
PHILIP ROSEDALE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Jesse Geraci, attest that concurrence in the filing of this document has been obtained.

_____/s/ Jesse Geraci_____
Jesse Geraci

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  October 20, 2011

By: _____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*[GRANTED — Judge Donna M. Ryu, United States District Court, Northern District of California seal]*