| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| | MICHAEL H. PAGE (SBN 154913) |
| 2 | mpage@durietangri.com |
| | JOHANNA CALABRIA (SBN 226222) |
| 3 | jcalabria@durietangri.com |
| | JESSE GERACI (SBN 259755) |
| 4 | jgeraci@durietangri.com |
| | 217 Leidesdorff Street |
| 5 | San Francisco, CA  94111 |
| | Telephone:   415-362-6666 |
| 6 | Facsimile:    415-236-6300 |

Attorneys for Defendants and Counter-Claimants
LINDEN RESEARCH, INC. and
PHILIP ROSEDALE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL EVANS, DONALD SPENCER, VALERIE SPENCER, CINDY CARTER, individuals, on Behalf of themselves and for the Benefit of all with the Common or General Interests, Any Persons Injured, and All Others Similarly Situated, | Case No. 4:11-cv-01078-DMR |
| Plaintiffs and Counter-Defendants, | **STIPULATION TO WITHDRAW AND ORDER** |
| v. | |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | |
| Defendants and Counter-Claimants. | |

Defendants and Counter-Claimants, Linden Research, Inc. and Philip Rosedale ("Defendants"), respectfully move the Court, pursuant to Civil L.R. 11-5, for leave to withdraw attorneys Laurence Z. Shiekman and Matthew D. Janssen as attorneys of record for Defendants in the above-captioned action. Messers Shiekman and Janssen and the law firm of Pepper Hamilton LLP (3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, Pennsylvania 19103-2799) are no longer representing Defendants in this matter. No other changes are requested regarding the other attorneys acting as Defendants' counsel of record, and Defendants remain represented by the law firm of Durie Tangri LLP. Plaintiffs do not oppose this request. This withdrawal will not delay the proceedings.

Dated: November 4, 2011                                  DURIE TANGRI LLP

                                                         By: _____*/s/ Jesse Geraci*_____
                                                                 JESSE GERACI

                                                         Attorney for Defendants and Counter-
                                                         Claimants LINDEN RESEARCH, INC., and
                                                         PHILIP ROSEDALE

Dated: November 4, 2011                                  PRIBANIC PRIBANIC + ARCHINACO LLC

                                                         By: _____*/s/ Jason A. Archibnaco*_____
                                                                 JASON A. ARCHINACO

                                                         Attorney for Plaintiffs and Counter-Defendants
                                                         CARL EVANS, DONALD SPENCER,
                                                         VALERIE SPENCER, CINDY CARTER

**ATTESTATION**

I, Jesse Geraci, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiffs and Counter-Defendants Carl Evans, Donald Spencer, Valerie Spencer, Cindy Carter has concurred in this filing.

                                                         _____*/s/ Jesse Geraci*_____
                                                                 JESSE GERACI

IT IS SO ORDERED.

DATED: 11/3/2011

                                                         GRANTED
                                                         Judge Donna M. Ryu

                                                         DONNA M. RYU
                                                         United States Magistrate Judge