**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARL EVANS, DONALD SPENCER, VALERIE SPENCER, CINDY CARTER, individuals, on Behalf of themselves and for the Benefit of all with the Common or General Interests, Any Persons Injured, and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual,<br><br>Defendants. | Case No. 3:11-cv-01078-DMR<br><br>**STIPULATION TO EXTEND TIME AND [~~PROPOSED~~] ORDER** |

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, the court orders the following:

Plaintiffs' class certification motion shall be filed by January 20, 2012. Any response in opposition to the class certification motion shall be filed by February 21, 2012, and any reply in support of the motion shall be filed by March 6, 2012.

A hearing on the class certification motion and a further Case Management Conference is scheduled for April 11, 2012 at 1:30 p.m. An updated joint Case Management Conference statement shall be filed no later than April 4, 2012.

IT IS SO ORDERED.

Dated:  November 16, 2011

By: _____
Judge DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE