United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11   EVANS ET AL,                              No. C-11-01078 DMR
12              Plaintiffs,                     **ORDER RE BRIEFING SCHEDULE ON**
                                               **PLAINTIFFS' CLASS CERTIFICATION**
13        v.                                    **MOTION**
14   LINDEN RESEARCH, INC. ET AL,
15              Defendants.
     _____/
16

17        On January 20, 2012, Plaintiffs filed a motion for class certification [Docket No. 76] in

18   accordance with a stipulated briefing schedule on the motion.  [Docket No. 71.]  The parties'

19   stipulated briefing schedule provides that Defendants' opposition to the class certification motion is

20   due on February 21, 2012 and Plaintiffs' reply is due on March 6, 2012.  The court set a hearing on

21   the motion, as well as a further Case Management Conference, on April 11, 2012 at 1:30 p.m.

22   However, Plaintiffs have also filed motions for an extension of time to complete class certification

23   discovery and for leave to file a second amended complaint [Docket Nos. 74, 75], which are

24   scheduled for hearing on February 23, 2012, after the deadline for Defendants to file their opposition

25   to the class certification motion.  Defendants now argue that should Plaintiffs prevail on the motions

26   scheduled for hearing on February 23, 2012, they will be prejudiced as Plaintiffs will have the

27   tactical advantage of having already seen Defendants' arguments in opposition to class certification.

28

United States District Court

For the Northern District of California

1        In order to prevent any such prejudice, the court hereby suspends the February 21, 2012

2  deadline for Defendants to file their opposition to Plaintiffs' class certification motion.  The court

3  will revisit the briefing schedule on the motion at the February 23, 2012 hearing.

4

5        IT IS SO ORDERED.

6

7  Dated:  February 9, 2012

8                                         DONNA M. RYU

9                                         United States Magistrate Judge



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28