**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6             NORTHERN DISTRICT OF CALIFORNIA
7
8    EVANS, ET AL,                          No. C-11-01078 DMR
9              Plaintiffs,                  **ORDER SETTING PROCEDURES FOR**
                                            **TELEPHONIC APPEARANCE**
10        v.
11   LINDEN RESEARCH, INC., ET AL,
12             Defendants.
13   _____/
14   TO ALL PARTIES AND COUNSEL OF RECORD:
15        The court has adopted a new protocol for telephonic appearances, effective April 11, 2012.
16   As the court has granted Plaintiffs' counsel leave to appear by phone at the April 12, 2012 hearing
17   on the parties' revised joint discovery letter (doc. no. 87), counsel is instructed to follow the attached
18   procedures for telephonic appearance through CourtCall.
19
20        IT IS SO ORDERED.
21
22   Dated:  April 10, 2012
23                                          _____
24                                          DONNA M. RYU
                                            United States Magistrate Judge
25
26
27
28