United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVANS ET AL,                                          No. C-11-01078 DMR

       Plaintiff(s),                          **ORDER SETTING CASE
                                                       MANAGEMENT CONFERENCE**

  v.

LINDEN RESEARCH, INC. ET AL,

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference is set for **December 19, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **December 12, 2012.**

IT IS SO ORDERED.

Dated: November 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge