**United States District Court**
For the Northern District of California

1
2
3
4
5
6                     UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9   EVANS ET AL,                              No. C-11-01078 DMR

10            Plaintiff(s),                   **ORDER SETTING CASE**
                                              **MANAGEMENT CONFERENCE**
11        v.

12   LINDEN RESEARCH, INC. ET AL,

13            Defendant(s).
    _____/
14

15        TO ALL PARTIES AND COUNSEL OF RECORD:

16        A Case Management Conference is set for **December 19, 2012 at 1:30 p.m.**, Courtroom 4,

17   3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management

18   Statement is due no later than **December 12, 2012.**

19

20        IT IS SO ORDERED.

21

22   Dated:  November 21, 2012

23                                            _____
                                              DONNA M. RYU
24                                            United States Magistrate Judge

25

26

27

28