UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL EVANS ET AL, | No. C-11-01078 DMR |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LINDEN RESEARCH, INC. ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Further Case Management Conference previously scheduled for June 12, 2013 at 1:30 p.m. has been CONTINUED to **June 27, 2013 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The updated joint Case Management Statement is due no later than June 20, 2013.

IT IS SO ORDERED.

Dated: May 31, 2013

_____
DONNA M. RYU
United States Magistrate Judge