UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS ET AL, | No. C-11-01078 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT ADDITIONAL INFORMATION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| LINDEN RESEARCH, INC. ET AL, | |
| Defendant(s). | |

    Plaintiff has filed a motion for preliminary approval of a class action settlement. [Docket No. 113.] Following a hearing on the matter, Plaintiff submitted supplemental information in support of the motion, including an amended settlement agreement. [Docket No. 121.]

    The court has reviewed the supplemental information and finds that the amended settlement agreement, [Docket No. 121-1], contains typographical errors. Section 1.8, on page 3, contains a sentence fragment rather than a substantive provision ("by Defendant Linden's suspension or closure of their Second Life accounts."), and the time period set forth on the first line of page 9 is inconsistent ("active until at least thirty (90) days"). In addition, Plaintiff submitted a declaration by Richard W. Simmons regarding class notice, [Docket No. 121-3], that was signed but not dated.

Therefore, by no later than October 16, 2013, the parties shall submit a second amended settlement agreement and an updated Simmons declaration addressing these issues.

IT IS SO ORDERED.

Dated: October 1, 2013



_____
DONNA M. RYU
United States Magistrate Judge

2