United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVANS ET AL,            No. C-11-01078 DMR

       Plaintiff(s),            **ORDER TO SUBMIT EXECUTED REVISED SETTLEMENT AGREEMENT**

  v.

LINDEN RESEARCH, INC. ET AL,

       Defendant(s).
_____/

     Plaintiff has filed a motion for preliminary approval of a class action settlement. [Docket No. 113.] Following a hearing on the matter, Plaintiff submitted supplemental information in support of the motion, including an amended settlement agreement. [Docket No. 121.] On October 1, 2013, the court ordered Plaintiff to file additional information in support of the motion by no later than October 16, 2013, addressing errors in Plaintiff's previous submissions, including errors in the parties' amended settlement agreement. [Docket No. 124.] On October 21, 2013, five days past the deadline, Plaintiff filed the requested information, including a revised amended settlement agreement. [Docket Nos. 125, 125-1 (Revised Agreement).] However, the revised settlement agreement is missing the signatures of Defendants and defense counsel. (*See* Revised Agreement at 16-17.) The parties' settlement agreement forms part of the record of the settlement of this matter. It

will be posted on the settlement website and purports to bind the class members.  **Therefore, by no later than 5:00 p.m. on October 25, 2013, the parties shall submit a fully-executed version of the revised settlement agreement.**

IT IS SO ORDERED.

Dated: October 23, 2013



DONNA M. RYU
United States Magistrate Judge

2