UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVANS ET AL,

        Plaintiff(s),

   v.

LINDEN RESEARCH, INC. ET AL,

        Defendant(s).
_____/

No. C-11-01078 DMR

**ORDER TO SUBMIT PROPOSED FINAL JUDGMENT**

On April 29, 2014, the court granted Plaintiffs' motion for final approval of a class action settlement. [Docket No. 136.] By no later than May 9, 2014, the parties shall submit a stipulated proposed final judgment.

IT IS SO ORDERED.

Dated: April 30, 2014

_____
DONNA M. RYU
United States Magistrate Judge