**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVANS ET AL,                                                  No. C-11-01078 DMR

        Plaintiff(s),                              **JUDGMENT**

    v.

LINDEN RESEARCH, INC. ET AL,

        Defendant(s).

_____/

      By order dated April 29, 2014, the court granted final approval of the parties' settlement, and

granted in part Plaintiff's motion for attorneys' fees, costs, and an incentive award.  [Docket No.

136.] Judgment is entered in accordance with that order and subject to the terms and conditions of

the parties' Revised Amended Settlement Agreement and Release.  The court hereby dismisses this

action on the merits and with prejudice.

      IT IS SO ORDERED.

Dated:  May 7, 2014



                                  DONNA M. RYU
                                  United States Magistrate Judge